**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-1467**

───────────────

DAVID ANTHONY AVERY,

                              Petitioner - Appellant,

        versus

COMMISSIONER OF INTERNAL REVENUE,

                              Respondent - Appellee.

───────────────

Appeal from the United States Tax Court.  (Tax Ct. No. 98-9970)

───────────────

Submitted:  September 21, 2000    Decided:  September 27, 2000

───────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

David Anthony Avery, Appellant Pro Se.  Ann Belanger Durney, Laurie Allyn Snyder, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David A. Avery appeals from the tax court's order determining a deficiency and assessing an accuracy-related penalty for his 1994 federal income taxes. We have reviewed the record and the tax court's opinion and order and find no reversible error. Accordingly, although we deny the Commissioner's motion for sanctions pursuant to Fed. R. App. P. 38, we affirm on the reasoning of the tax court. See Avery v. Commissioner, No. 98-9970 (U.S.T.C. Dec. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED